ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHARLES N. BENDES, ESQ. (Bar No. 70126)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Proposed Attorneys for A.G. Ferrari Foods, Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>A.G. FERRARI FOODS,<br><br>Debtor. | Case No. 11-43327 EDJ<br><br>Chapter 11<br><br>**DECLARATION OF PATRICIA T. SAUCY IN SUPPORT OF DEBTOR'S MOTION FOR ORDER THAT COMMITTEE OF CREDITORS NOT BE APPOINTED PURSUANT TO 11 U.S.C. § 1102(a)(3)** |
| | Date: May 2, 2011<br>Time: 2:30 p.m.<br>Ctrm: 215<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, California |

I, Patricia T. Saucy, declare as follows:

1. I am the Chief Financial Officer of A.G. Ferrari Foods (the "Debtor"), and the Debtor-In-Possession in the above-captioned Chapter 11 bankruptcy case.

2. I know the following of my own personal knowledge and could and would testify competently thereto if called upon to do so.

3. The Debtor is A.G. Ferrari Foods is an Italian specialty food retailer that also sells its foods through its Wholesale and Internet channels. It began in 1919 with the CEO's grandfather,

Annibale Giovanni Ferrari. It has developed over many years and sells fresh and dry Italian products. It direct imports from Italy a substantial amount of the dry goods that it sells in all channels. It currently operates 13 of its own stores in the San Francisco Bay Area. It also operates a Commissary in San Leandro, CA where it handles its fresh food production, and catering, as well as housing its warehousing and administrative functions. The Debtor also transacts business through it website. The company currently employs approximately 145 employees.

4. The Debtor has approximately $1,733,063 in unsecured debt exclusive of any insider debt. It owes secured creditor Bridge Bank ("Bridge") $136,218.42 as of the filing date. Bridge has a blanket lien on the Debtor's assets. The Debtor estimates that as of the petition date, it has approximately $1.2 million of inventory (at cost), accounts receivables of approximately $120,000 and equipment valued at approximately $1.2 million

5. I believes that this case is a "small business case" as defined in 11 U.S.C. § 101 (51C) because the debtor is a "small business debtor" under 11 U.S.C. § 101 (51D).

6. 11 U.S.C. § 1102(a)(3) provides that "[o]n request of a party in interest in a case in which the Debtor is a small business debtor and for cause, the court may order that a committee of creditors not be appointed." Here the Debtor qualifies as a small business Debtor within in the meaning of 11 U.S.C. § 101 (51D) since it is engaged in business activities and had aggregate noncontingent, liquidated secured and unsecured dates as of the Petition Date of less than $2,343,300. The Debtor maintains that cause exists for not appointing a committee of unsecured creditors in this case for the following reasons: (1) this is a small business case and the Debtor's margins are small, and the Debtor's estate should not be disproportionately burdened with the administrative costs of a committee (which it can ill afford) and the individual creditors are fully capable of protecting their own interests if they choose to do so; (2) the Debtor has been actively in contact with the prospective purchasers and/or investors and to burden the estate with extra costs of a committee could impair the Debtor's ability to negotiate either a sale or investments which will provide the best return to its creditors. Based upon the foregoing, the Debtor maintains that cause exists for not appointing a committee of creditors in this case.

I declare under penalty of perjury that the foregoing is true and correct and that this

Decl of Saucy ISO Motion for Order that Committee of Creditors Not be Appointed  -2-

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

1 declaration was executed this 29th day of March, 2011 at San Leandro, California.

/s/ Patricia T. Saucy

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669