B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **A.G. Ferrari Foods**
Debtor(s)

Case No. **11-43327**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Atlanta Corporation**<br>P.O. Box 58341<br>Vernon, CA 90058 | **Atlanta Corporation**<br>P.O. Box 58341<br>Vernon, CA 90058 | **Supplier** | | **75,000.00** |
| **ProLogis, LTD**<br>47775 Fremont Blvd.<br>Fremont, CA 94538 | **ProLogis, LTD**<br>47775 Fremont Blvd.<br>Fremont, CA 94538 | **14234 Catalina St., San Leandro, CA 94577** | | **70,435.00** |
| **Carlo Lauuri**<br>Via Provinciale, 154/G<br>51031 Agliana (Pistoia)<br>Italy | **Carlo Lauuri**<br>Via Provinciale, 154/G<br>51031 Agliana (Pistoia) | **Supplier** | | **69,983.18** |
| **Villa Italia Gourmet Food & Wines**<br>210 Littlefield Ave.,<br>South San Francisco, CA 94080 | **Villa Italia Gourmet Food & Wines**<br>210 Littlefield Ave.,<br>South San Francisco, CA 94080 | **Supplier** | | **60,000.00** |
| **Nuovo Pastificio Vietri**<br>VIA RISPRGIMENTO 7<br>83025 Monotor Ineriore AV<br>Italy | **Nuovo Pastificio Vietri**<br>VIA RISPRGIMENTO 7<br>83025 Monotor Ineriore AV | **Private label pasta** | | **51,676.00** |
| **Carmina AZ**<br>Via Mangesa 10<br>31015 Conegliano (TV)<br>Italy | **Carmina AZ**<br>Via Mangesa 10<br>31015 Conegliano (TV) | **Private label prosecco company** | | **45,437.00** |
| **Premiere Brand Meats**<br>3555 Iron Court<br>Shasta Lake, CA 96019 | **Premiere Brand Meats**<br>3555 Iron Court<br>Shasta Lake, CA 96019 | **Supplier** | | **45,000.00** |
| **Thoits Bros**<br>629 Emerson St<br>Palo Alto, CA 94301 | **Thoits Bros**<br>629 Emerson St<br>Palo Alto, CA 94301 | **200 Hamilton Ave, Palo Alto, CA 94301** | | **43,566.00** |
| **Citibusiness Card**<br>P.O.BOX 6309<br>The Lakes, NV 89163-6309 | **Citibusiness Card**<br>P.O.BOX 6309<br>The Lakes, NV 89163-6309 | **Credit card for business expenses** | | **42,153.67** |

In re **A.G. Ferrari Foods**     Case No. **11-43327**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dolciaria Fraccaro SPA, SPA VIA CIRCONVALLAZIONE OVEST 25<br>31033 Castelfranco Vento TV<br>Italy | Dolciaria Fraccaro SPA, SPA VIA CIRCONVALLAZIONE OVEST 25<br>31033 Castelfranco Vento TV | Primary holiday pannetone supplier | | 39,658.00 |
| Bay Cities Produce<br>2109 Williams St.<br>San Leandro, CA 94577 | Bay Cities Produce<br>2109 Williams St.<br>San Leandro, CA 94577 | Supplier, produce | | 36,890.55 |
| Ital Foods, Inc.<br>P.O. Box 2563<br>South San Francisco, CA 94083 | Ital Foods, Inc.<br>P.O. Box 2563<br>South San Francisco, CA 94083 | Supplier | | 35,000.00 |
| Baratti & Milano<br>VIA DON ORIONE 119C<br>12042 Bra CN<br>Italy | Baratti & Milano<br>VIA DON ORIONE 119C<br>12042 Bra CN | Primary chocolate and holiday product supplier | | 31,156.00 |
| Mediterranea Belfiore<br>Via Guerrazzi- Loc. Cinquantina,<br>57013 Cecina LI<br>Toscana Italy | Mediterranea Belfiore<br>Via Guerrazzi- Loc. Cinquantina,<br>57013 Cecina LI | Private label tomato sauce supplier | | 29,079.00 |
| Bruno Soria<br>Str. Provinciale Balbi, 53<br>12053 Castiglione Tinella CN<br>Italy | Bruno Soria<br>Str. Provinciale Balbi, 53<br>12053 Castiglione Tinella CN | Controlled label wine supplier | | 27,522.00 |
| California Laurel Partners<br>c/o Litke Properties<br>3490 California St. , Suite 206<br>San Francisco, CA 94118 | California Laurel Partners<br>c/o Litke Properties<br>3490 California St. , Suite 206<br>San Francisco, CA 94118 | 3490 California St., San Francisco, CA 94118 | | 25,995.84 |
| Bart Nelson<br>255 Second St.,<br>Los Altos, CA 94022 | Bart Nelson<br>255 Second St.,<br>Los Altos, CA 94022 | 295 Main St, Los Altos, CA 94022 | | 25,216.00 |
| Savello USA, Inc.<br>1265 Sans Souci Pkwy<br>Wilkes Barre, PA 18706 | Savello USA, Inc.<br>1265 Sans Souci Pkwy<br>Wilkes Barre, PA 18706 | Supplier | | 25,015.67 |
| American Paper and Plastics, Inc.<br>10511 E. Valley Blvd.<br>El Monte, CA 91731 | American Paper and Plastics, Inc.<br>10511 E. Valley Blvd.<br>El Monte, CA 91731 | Packaging supplier | | 25,000.00 |
| Anchor Realty<br>2148A Market St,<br>San Francisco, CA 94114 | Anchor Realty<br>2148A Market St,<br>San Francisco, CA 94114 | 1050 El Camino Real, Suite D, Belmont, CA 94002 | | 22,652.00 |

In re  **A.G. Ferrari Foods**                             Case No.  **11-43327**
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 11, 2011**              Signature  **/s/ Patricia T. Saucy**
                                                 **Patricia T. Saucy**
                                                 **CFO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.