Steve Del Masso
Vice President
Bay Cities Produce Co.
2109 Williams Street
San Leandro, CA 94577
Telephone: (510) 346-4943

Unsecured Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>A.G. FERRARI FOODS<br><br>            Debtor. | Case No.: 11-43327<br><br>Chapter 11<br><br>JOINDER IN OPPOSITION TO DEBTOR'S MOTION THAT COMMITTEE OF CREDITORS NOT BE APPOINTED PURSUANT TO 11 U.S.C. § 1102(a)(3)<br><br>Date: May 5, 2011<br>Time: 2:30 p.m.<br>Ctrm: 215<br>      U.S. Bankruptcy Court<br>      1300 Clay Street<br>      Oakland, California |

-1-

1      Creditor, Bay Cities Produce Co., is scheduled by A.G. Ferrari Foods ("Debtor")
2 as its eleventh largest non-insider, unsecured claim. Bay Cities Produce has reviewed the
3 Opposition of Thoits Bros., Inc. to Debtor's Motion That Committee of Creditors Not Be
4 Appointed (the "Opposition") and is hereby joining in the Opposition for the same
5 reasons stated by Thoits Bros., Inc. Bay Cities Produce has already returned its
6 completed form to the United States Trustee indicating that it is willing to serve on a
7 Creditors' Committee in this case.

DATED: April 29, 2011     BAY CITIES PRODUCE CO.

BY: _____
Steve Del Masso
Vice President