ERIC A. NYBERG, ESQ.
(Bar No. 131105)
CHARLES N. BENDES, ESQ.
(Bar No. 70126)
CHRIS D. KUHNER, ESQ.
(Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C**.
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for A.G. Ferrari Foods, Debtor

Entered on Docket
July 26, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: July 26, 2011

EDWARD D. JELLEN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>A.G. FERRARI FOODS,<br><br>Debtor. | Case No. 11-43327 EDJ<br><br>Chapter 11<br><br>**ORDER APPROVING SALE OF PROPERTY OF THE ESTATE** |

Having read and considered the Debtor's Notice of Intent to Sell Property of the Estate, no objections having been received to the Notice, and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Debtor is authorized to sell certain property of the estate consisting of miscellaneous equipment (the "Equipment") to Charyn Auctions for the sum of $6,000.

***END OF ORDER***

| | |
|---:|:---|
| 1 | COURT SERVICE LIST |
| 2 | Eric A. Nyberg, Esq. |
|   | Chris D. Kuhner, Esq. |
| 3 | Kornfield, Nyberg, Bendes & Kuhner, P.C. |
|   | 1970 Broadway, Suite 225 |
| 4 | Oakland, CA 94612 |
| 5 | |
|   | U.S. Trustee |
| 6 | 1301 Clay Street, Ste. 690N |
|   | Oakland, CA 94612 |
| 7 | |
| 8 | |
| ... | |
| 28 | |

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669