DAVID R. WEINSTEIN (State Bar No. 082881)
HOLME ROBERTS & OWEN LLP
800 West Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile: (213) 572-4400
david.weinstein@hro.com

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>A.G. FERRARI FOODS,<br><br>Debtor. | Bk. No. 11-43327 EDJ<br>[Chapter 11]<br><br>**REQUEST FOR SPECIAL NOTICE & REQUEST FOR COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |

I, David R. Weinstein, hereby request for courtesy nef (notification of electronic filing) in the above captioned bankruptcy case be served upon the following:

David R. Weinstein
Holme Roberts & Owen LLP
800 West Olympic Blvd., 4th Floor
Los Angeles, CA 90015
david.weinstein@hro.com

Dated: August 1, 2011        HOLME ROBERTS & OWEN LLP,

By: /s/ David R. Weinstein
DAVID R. WEINSTEIN
Attorney at Law

#28589 v1 lax

1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 800 West Olympic Boulevard, 4th Floor, Los Angeles, CA 90015. On August 1, 2011, pursuant to the controlling General Order(s) and in accordance with the Electronic Case Filing Procedures, the foregoing document entitled **REQUEST FOR SPECIAL NOTICE & REQUEST FOR COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** will be served by the Court via Notice of Electronic Filing (NEF) and hyperlink to the document. On August 1, 2011, I checked the CM/ECF docket for this bankruptcy case and the persons listed below are among those on the Electronic Mailing List to receive NEF transmission at the email addresses set forth below:

Eugene Chang on behalf of Creditor Hirahara Family Limited Partnership
    echang@steinlubin.com

Michaeline H. Correa on behalf of Creditor Bridge Bank, N.A.
    mcorrea@hopkinscarley.com, jmacaluso@hopkinscarley.com

Stephen J. Kottmeier on behalf of Creditor Bridge Bank, N.A.
    skottmeier@hopkinscarley.com, jfarlow@hopkinscarley.com

Matthew R. Kretzer on behalf of U.S. Trustee Office of the U.S. Trustee/Oak
    matt.r.kretzer@usdoj.gov, Minnie.Loo@usdoj.gov

Lisa Lenherr on behalf of Creditor Jay Bennett
    ll@tiemlaw.com, sml@tiemlaw.com;jat@tiemlaw.com

William C. Lewis on behalf of Attorney Law Offices of William C. Lewis
    ecf@williamclewis.com

Margaret H. McGee on behalf of U.S. Trustee Office of the U.S. Trustee/Oak
    maggie.mcgee@usdoj.gov, Minnie.Loo@usdoj.gov

Scott H. McNutt on behalf of Creditor Third and Mission Associates, LLC
    SMcNutt@ml-sf.com

Eric A. Nyberg on behalf of Debtor A.G. Ferrari Foods
    e.nyberg@kornfieldlaw.com

Office of the U.S. Trustee/Oak
    USTPRegion17.OA.ECF@usdoj.gov, ltroxas@hotmail.com

James A. Tiemstra on behalf of Creditor Jay Bennett
    jat@tiemlaw.com, sml@tiemlaw.com

Edward Tredinnick on behalf of Creditor ProLogis Limited Partnership I
    etredinnick@grmslaw.com

Gilbert B. Weisman on behalf of Creditor American Express Bank FSB
    notices@becket-lee.com

On August 1, 2011, I served the foregoing documents on the interested persons listed on the attached service list by placing true and correct copies thereof in sealed envelopes in the United States Mail, First class, postage prepaid addressed as set forth on the attached service list

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. Under that practice, the foregoing sealed envelopes were placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that they will be picked up this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed this 1 day of August, 2011 at Los Angeles, California.

_____
Raul Morales

## SERVICE LIST

Bay Cities Produce Co
Attn: Steve Del Masso
2109 Williams Street
San Leandro, CA 94577

Debt Acquisition Group, LLC
10 Rockefeller Plaza
Suite 601
New York, NY 10020

Paul Ferrari
Attn: Michael J Flynn
Flynn/Williams LLP
1010 B Street Suite 200
San Rafael, CA 94901

Kornfield, Nyberg, Bendes & Kuhner P.C.
Eric A. Nyberg, ESQ.
Chris D. Kuhner, ESQ.
1999 Harrison Street, Suite 2675
Oakland, CA 94612

Patricia T. Saucy
Chief Financial Officer
A.G. Ferrari Foods
14234 Catalina Street
San Leandro, CA 94577

The Irvine Company, LLC
a Delaware limited liability company
c/o Ernie Zachary Park,
Bewley, Lassleben & Miller, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-1797

Thoits Bros., Inc.
Attn: Fred Thoits
629 Emerson Street
Palo Alto, CA 94301