Stephen J. Kottmeier (State Bar No. 077060)
Michaeline H. Correa (State Bar No. 215215)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, California 95113-2406
*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Secured Creditor
BRIDGE BANK

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re | Case No. 11-43327 |
|---|---|
| A.G. FERRARI FOODS | Chapter 11 |
| Debtor. | **NOTICE OF WITHDRAWAL OF CONDITIONAL OBJECTION TO MOTION FOR ORDER AUTHORIZING POST-PETITION FINANCING, GRANTING SECURITY INTERESTS AND SUPERPRIORITY CLAIMS, AND PROVIDING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§105, 361 & 364(C)** |
| | Hearing<br>Date: August 19, 2011<br>Time: 11:30 a.m.<br>Place: U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA<br>Courtroom 201 |

PLEASE TAKE NOTICE THAT, based upon assurances by debtor and debtor-in-possession A.G. Ferrari Foods ("Debtor") that the proposed order to be submitted to the Court with respect to its motion for order authorizing, among other things, post-petition financing will include certain agreed upon language with respect to the subordination of lender Renovo

728\867944.1

NOTICE OF WITHDRAWAL OF CONDITIONAL OBJECTION TO MOTION FOR ORDER AUTHORIZING POST-PETITION FINANCING, GRANTING SECURITY INTERESTS AND SUPERPRIORITY CLAIMS, AND PROVIDING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§105, 361 & 364(C) - Case No. 11-43327

Case: 11-43327    Doc# 158    Filed: 08/18/11    Entered: 08/18/11 16:14:18    Page 1 of 2

Capital, LLC to Creditor Bridge Bank, N.A., Creditor Bridge Bank, N.A. hereby withdraws its conditional objection filed August 17, 2011 [Dkt. No. 155].

Dated: August 18, 2011

HOPKINS & CARLEY,
A Law Corporation

By: /s/ Michaeline H. Correa
Stephen J. Kottmeier
Michaeline H. Correa
Attorneys for Secured Creditor
Bridge Bank

728\867944.1 -2-

NOTICE OF WITHDRAWAL OF CONDITIONAL OBJECTION TO MOTION FOR ORDER AUTHORIZING POST-PETITION FINANCING, GRANTING SECURITY INTERESTS AND SUPERPRIORITY CLAIMS, AND PROVIDING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§105, 361 & 364(C) - Case No. 11-43327

Case: 11-43327 Doc# 158 Filed: 08/18/11 Entered: 08/18/11 16:14:18 Page 2 of 2