ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for A.G. Ferrari Foods, Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>A.G. FERRARI FOODS,<br><br>Debtor. | Case No. 11-43327 EDJ<br><br>Chapter 11<br><br>**DECLARATION OF MARK BARBEAU IN SUPPORT OF: 1) MOTION BY DEBTOR TO SELL SUBSTANTIALLY ALL OF ITS ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; AND 2) MOTION TO ASSUME AND ASSIGN LEASES** |
| | Date: TBD<br>Time: 2:30 p.m.<br>Ctrm: 215<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, California |

I, Mark Barbeau, declare as follows:

1. I am a member and co-founder of Renovo Capital, LLC, a Delaware limited liability company formed in November 2008 ("Renovo"). I submit this declaration in support of the Motion to Assume and Assign Leases ("Lease Motion") and Motion by Debtor to Sell Substantially All of its Assets Free and Clear of Liens, Claims Encumbrances and Interests ("Sale Motion" and together with the Lease Motion, the "Motions") filed on behalf of A.G. Ferrari

Foods, the debtor and debtor-in-possession ("Debtor"). I submit this declaration based upon my personal knowledge and if called as a witness, I could and would testify competently as to each matter stated herein.

2. I know the following of my own personal knowledge and could and would testify competently thereto if called upon to do so.

3. Renovo is a private equity firm that invests in distressed and special situation companies through its fund which it manages, Renwood Opportunities Fund 1, LLC ("Renwood Opportunities"). Renwood Opportunities has $50 million of committed capital of which over $30 million remains yet to be deployed. Through Renwood Opportunities, Renovo generally invests $5 million to $15 million per transaction in a variety of industries, primarily in the western United States. Renovo has offices in Dallas, Denver and Southern California.

4. Since 2009, Renovo, through Renwood Opportunities and other affiliates, has successfully acquired four companies in the consumer products, automotive and building products industries.

5. Through the Lease Motion, the Debtor respectfully seeks an Order approving the Debtor's assumption of the unexpired real or personal property leases outlined in Exhibits A and B to the Declaration of Patricia T. Saucy (the "Unexpired Leases") and their subsequent assignment to Renovo or its designee subject to the terms of the Asset Purchase Agreement entered between Renovo and the Debtor on _____, 2011 (the "APA"), including but not limited to section 1.3.

6. There are no defaults as to the personal property leases in Exhibit B. The defaults that exist on certain real property leases along with the corresponding cure amount (the "Cure Amount") are outlined in Exhibit A. The Cure Amount will be paid upon closing of the sale or reserved in cash, in accordance with section 1.3 of the APA. In connection with the APA, the corresponding Sale Motion and the Lease Motion, I have reviewed the list of Unexpired Leases to consider which leases Renovo or its designee will attempt to renegotiate under the APA for purposes of assumption and assignment.

///

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

7. The APA was reached as a result of continued arm's length negotiations between the Debtor and Renovo throughout the course of the Debtor's Chapter 11 bankruptcy. The same is true concerning the decisions to accept leases in conjunction with the sale. Renovo and the Debtor were each represented by separate independent counsel throughout the entire APA drafting process and the lease negotiation process. Counsel for the Debtor, Renovo and for the unsecured creditors committee participated in negotiations of the Lease Motion, APA and the Sale Motion.

8. In accordance with the APA, Renovo has formed ROF Ferrari Lending 1, LLC, a Delaware limited liability company ("ROF Ferrari Lending"), to acquire the Debtor's assets, including but not limited to the Unexpired Leases. ROF Ferrari Lending will be primarily capitalized by Renwood Opportunities in an amount sufficient to fund the transaction at closing and provide adequate working capital financing. Renwood Opportunities has sufficient capital and the financial wherewithal to provide adequate assurance of future performance of the Unexpired Leases assigned pursuant to section 1.3 of the APA.

9. Moreover, assumption and assignment of the Unexpired Leases is critical to continued operations of the Debtor's business. The Unexpired Leases include ten leases for non-residential real property, including nine retail locations and the Debtor's commissary, and six (6) personal property leases for vehicles and equipment. Renovo intends to continue operations of the Debtor's retail stores associated with the assigned Unexpired Leases, the commissary and wholesale and internet channels. Thus, Renovo must perform on the assigned Unexpired Leases in order to successfully operate the enterprise it is acquiring from the Debtor. Accordingly, Renovo is able to provide adequate assurance of future performance.

10. None of the Renovo entities have done business with the Debtor or any of its principals prior to this proposed transaction. Renovo was introduced to the Debtor by a third party and conducted negotiations on an arms-length basis with the Debtor's principals. There are no other business arrangements with the principals, other than the possibility of engaging Ferrari and Saucy as managers.

///

///

Dec. of Mark Barbeau in Support of Motion to Sell All of its Assets; and Motion to Assume and Assign -3-

Case: 11-43327   Doc# 165   Filed: 08/19/11   Entered: 08/19/11 15:58:39   Page 3 of 4

11. Renovo wishes to acquire the Debtor's business operations as part of an investment focus on the food industry, which it views favorably. Negotiations between Renovo, the Debtor and the Creditors' Committee were vigorous and resulted in an increase in the original purchase price offered by Renovo.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 19th day of August, 2011 at Oakland, California.

/s/ Mark Barbeau

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669