ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for A.G. Ferrari Foods, Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

A.G. FERRARI FOODS,

                Debtor.

Case No. 11-43327 EDJ

Chapter 11

**CONTINUED STATUS CONFERENCE STATEMENT**

Date: September 8, 2011
Time: 2:30 p.m.
Ctrm: 215
      U.S. Bankruptcy Court
      1300 Clay Street
      Oakland, California

A.G. Ferrari Foods, the Debtor and debtor-in-possession, (the "Debtor") in the above-referenced matter submits the following continued status conference statement.

**I. GENERAL MATTERS**

Since the initial status conference in the case, the Debtor has been diligently prosecuting its Chapter 11 case.

**II. OPERATING REPORTS**

The Debtor has been timely filing its monthly operating reports and has paid all fees to the United States Trustee as they have become due.

**III. LEASES**

The Debtor has obtained an order authorizing it to reject certain real property leases. In

Continued Status Conference Statement -1-

addition, the Court entered an order extending the time for the Debtor to assume the remaining real property leases. There is a hearing set for September 8, 2011, a motion of the Debtor to assume and assign both its personal property leases and real property leases to Renovo Capital as part of a sale transaction.

## IV. POST-PETITION FINANCING

The Debtor filed a motion as part of a sale transaction involving Renovo Capital, for approval of post-petition financing. The motion was granted.

## V. SALE OF ASSETS

The Debtor has filed a motion to sell substantially all of its assets to Renovo Capital or its assignee. Said motion is currently scheduled for hearing on September 8, 2011. The sale is fully supported by the Creditors' Committee.

## VI. CREDITORS' COMMITTEE

The Court appointed a Creditors' Committee in this case and the Debtor has worked cooperatively with the Committee with regard to the negotiations resulting in the filing of both the post-petition financing motion and the sale motion.

## VII. DEBTOR'S RECOMMENDATION FOR CASE

The Debtor recommends that a continued status conference be set in ninety-one hundred twenty (90-120) days to allow the sale motion to proceed and if approved, for the sale to close. The Debtor will work cooperatively with the Creditors' Committee to determine the best and most cost effective way to then proceed in the Chapter 11 case.

Dated: September 6, 2011                    Kornfield, Nyberg, Bendes & Kuhner, P.C.

                                            By:/s/ Eric A. Nyberg
                                               (Bar No. 131105)
                                               Attorneys for A.G. Ferrari Foods, Debtor

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

# DECLARATION OF SERVICE

I, the undersigned declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1970 Broadway, Suite 225, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes & Kuhner, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 6, 2011, I served the following documents:

**CONTINUED STATUS CONFERENCE STATEMENT**

| | |
|---|---|
| Margaret McGee<br>Office of the U.S. Trustee<br>1301 Clay St. #690N<br>Oakland, CA 94612 | Stephen J. Kottmeier<br>Hopkins & Carley<br>A Law Corporation<br>The Letitia Building<br>70 South First Street<br>San Jose, CA 95113 |
| Edward J. Tredinnick<br>Greene Radovsky Maloney Share<br>& Hennigh LLP<br>Four Embarcardero Center, Suite 4000<br>San Francisco, CA 94111 | Ernie Zachary Park, Esq.<br>Bewley, Lassleben & Miller, LLP<br>13215 E. Penn Street, Suite 510<br>Whittier, CA 90602-1797 |
| Stein & Lubin, LLP<br>c/o Eugene Chang, Esq.<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111 | William C. Lewis, Esq.<br>Law Offices of William C. Lewis<br>510 Waverley Street<br>Palo Alto, CA 94301 |
| David R. Weinstein, Esq.<br>Natalie C. Boyajian, Esq.<br>Holmes Roberts & Owen LLP<br>800 West Olympic Blvd., 4th Floor<br>Los Angeles, CA 90015 | James A. Timestra, Esq.<br>Timestra Law Group, PC<br>1111 Broadway, Suite 1501<br>Oakland, CA 94607-4036 |
| Scott H. McNutt, Esq.<br>McNutt Law Group LLP<br>188 The Embarcadero, Suite 800<br>San Francisco, CA 94105 | Flynn/Williams LLP<br>Michael J. Flynn, Esq.<br>101 B Street, Suite 200<br>San Rafael, CA 94901 |

| | |
|---|---|
| American Express Bank, FSB<br>Gilbert B. Weisman, Esq.<br>c/o Becket and Lee<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Thoits Bros., Inc.<br>Attn: Fred Thoits, President<br>629 Emerson Street<br>Palo Alto, CA 94301 |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of September, 2011 at Oakland, California.

/s/ Jessica Mangaccat